| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Jennifer Pafiti<br>Pomerantz LLP,<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>(818) 532-6449 | |
|---|---|
| ATTORNEY(S) FOR: Plaintiff, MOHAMAD AL LABADE | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MOHAMAD AL LABADE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendant(s) | CASE NUMBER:<br><br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for          Plaintiff, MOHAMAD AL LABADE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| MOHAMAD AL LABADE | Plaintiff |

January 18, 2019        /s/Jennifer Pafiti
Date                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff, MOHAMAD AL LABADE

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES