# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD AL LABADE<br><br>PLAINTIFF(S)<br><br>v.<br><br>ACTIVISION BLIZZARD, INC. , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:19–cv–00423–R–AFM<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| __1/17/2019__ | __1__ | __Complaint__ |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Incorrect event selected. Correct event to be used is Summons Request. You need not take any action in response to this notice unless and until the Court directs you to do so.


Clerk, U.S. District Court

Dated: January 22, 2019        By: /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                                    Deputy Clerk