UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Mohamad Labade

PLAINTIFF(S),

v.

Activision Blizzard, Inc. et al

DEFENDANT(S),

CASE NUMBER

2:19-cv-00423-R-AFM

NOTICE OF CLERICAL ERROR

TO:  U. S. District Judge(s)
U. S. Magistrate Judge(s)
Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☐ docket entry  have/has been corrected as indicated below.

Title of Scanned Document: _____

Filed Date: _____  Document Number: _____

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other:  Document number 6 due to clerical error.  Notice to Parties of Court-Directed ADR Program was issued in error by the docket clerk.

CLERK, U.S. DISTRICT COURT

Date  1/22/2019

By:  G. Hunt (Geneva_Hunt@cacd.uscourts.gov)
Deputy Clerk

cc: Intake Supervisor / Deputy In Charge

G-11 (04/09)                      NOTICE OF CLERICAL ERROR