Name and address
POMERANTZ LLP
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and on Behalf of All Others Similarly Situated,<br><br>v.     Plaintiff(s)<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>    Defendant(s). | CASE NUMBER<br><br>2:19-cv-00423-R-AFM<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lieberman, Jeremy A.       of   Pomerantz LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    600 Third Avenue
212-661-1100       917-463-1044        20th Floor
*Telephone Number*    *Fax Number*        New York, NY 10016
jalieberman@pomlaw.com
    *E-Mail Address*        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
MOHAMAD AL LABADE

*Name(s) of Party(ies) Represented*    [X] *Plaintiff(s)* [ ] *Defendant(s)* [ ] *Other:* _____

**and designating as Local Counsel**

Pafiti, Jennifer          of   POMERANTZ LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1100 Glendon Avenue, 15th Floor
282790   (818) 532-6499   917-463-1044        Los Angeles, CA 90024
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
jpafiti@pomlaw.com
    *E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded [ ] not be refunded.

**Dated** _____
        **U.S. District Judge/U.S. Magistrate Judge**