# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

JEREMY ALAN LIEBERMAN , Bar # JL6130

was duly admitted to practice in the Court on

January 10, 2006

and is in good standing as a member of the Bar of this Court

Dated at 500 Pearl St.
New York, New York

On January 28, 2019

Ruby J. Krajick
Clerk of Court

By _____
Deputy Clerk



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jeremy Alan Lieberman** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 17th day of **September 2003**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 28, 2019.

*Aprilanne Agostino*
Clerk of the Court