COOLEY LLP
Koji F. Fukumura (189719) (kfukumura@cooley.com)
Ryan E. Blair (246724) (rblair@cooley.com)
Erin C. Trenda (277155) (etrenda@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6266
Facsimile: (858) 550-6420

Attorneys for Defendants
Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 2:19-cv-00423-R-AFM<br><br>**NOTICE OF APPEARANCE OF KOJI F. FUKUMURA**<br><br>JURY TRIAL DEMANDED<br><br>Ctrm: 880, 8th Floor<br>Judge: Hon. Manuel L. Real |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF APPEARANCE OF KOJI F.
FUKUMURA
CASE NO. 2:19-CV-00423-R-AFM

**PLEASE TAKE NOTICE** that Koji F. Fukumura of the law firm Cooley LLP, who is registered for CM/ECF and admitted to the Central District of California, enters his appearance as counsel of record on behalf of Defendants Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson in the above-captioned matter. Effective immediately, please add Koji F. Fukumura as an attorney to be noticed on all matters at the following address:

> Koji F. Fukumura
> COOLEY LLP
> 4401 Eastgate Mall
> San Diego, CA  92121
> Telephone:   (858) 550-6000
> Facsimile:   (858) 550-6420
> Email: kfukumura@cooley.com

Dated:  March 14, 2019                     COOLEY LLP

*/s/Koji F. Fukumura*
Koji F. Fukumura (189719)
Ryan E. Blair (246724)
Erin Trenda (277155)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: 858-550-6000
Facsimile: 858-550-6420
Email: kfukumura@cooley.com
          rblair@cooley.com
          etrenda@cooley.com

*Attorneys for Defendants
Activision Blizzard, Inc., Robert A. Kotick,
and Collister Johnson*