| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | Koji F. Fukumura (189719) (kfukumura@cooley.com)<br>Ryan E. Blair (246724) (rblair@cooley.com) |
| 3 | Erin C. Trenda (277155) (etrenda@cooley.com)<br>4401 Eastgate Mall |
| 4 | San Diego, CA  92121<br>Telephone:  (858) 550-6266 |
| 5 | Facsimile:   (858) 550-6420 |
| 6 | Attorneys for Defendants<br>Activision Blizzard, Inc., Robert A. Kotick, and Collister |
| 7 | Johnson |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No.  2:19-cv-00423-R-AFM<br><br>**NOTICE OF APPEARANCE OF RYAN E. BLAIR**<br><br>JURY TRIAL DEMANDED<br><br>Ctrm:    880, 8th Floor<br>Judge:   Hon. Manuel L. Real |

**PLEASE TAKE NOTICE** that Ryan E. Blair of the law firm Cooley LLP, who is registered for CM/ECF and admitted to the Central District of California, enters his appearance as counsel of record on behalf of Defendants Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson in the above-captioned matter. Effective immediately, please add Ryan E. Blair as an attorney to be noticed on all matters at the following address:

> Ryan E. Blair
> COOLEY LLP
> 4401 Eastgate Mall
> San Diego, CA  92121
> Telephone:  (858) 550-6000
> Facsimile:   (858) 550-6420
> Email: rblair@cooley.com

Dated:  March 14, 2019                    COOLEY LLP

/s/Ryan E. Blair
Koji F. Fukumura (189719)
Ryan E. Blair (246724)
Erin C. Trenda (277155)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: 858-550-6000
Facsimile: 858-550-6420
Email: kfukumura@cooley.com
           rblair@cooley.com
           etrenda@cooley.com

*Attorneys for Defendants*
*Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson*