| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | Koji F. Fukumura (189719) (kfukumura@cooley.com) |
|   | Ryan E. Blair (246724) (rblair@cooley.com) |
| 3 | Erin C. Trenda (277155) (etrenda@cooley.com) |
|   | 4401 Eastgate Mall |
| 4 | San Diego, CA  92121 |
|   | Telephone:  (858) 550-6266 |
| 5 | Facsimile:   (858) 550-6420 |
| 6 | Attorneys for Defendants |
|   | Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated, | Case No.  2:19-cv-00423-R-AFM |
| Plaintiff, | **NOTICE OF APPEARANCE OF ERIN C. TRENDA** |
| v. | JURY TRIAL DEMANDED |
| ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON, | Ctrm:     880, 8th Floor<br>Judge:    Hon. Manuel L. Real |
| Defendants. | |

**PLEASE TAKE NOTICE** that Erin C. Trenda of the law firm Cooley LLP, who is registered for CM/ECF and admitted to the Central District of California, enters his appearance as counsel of record on behalf of Defendants Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson in the above-captioned matter. Effective immediately, please add Erin C. Trenda as an attorney to be noticed on all matters at the following address:

Erin C. Trenda
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121
Telephone:  (858) 550-6000
Facsimile:  (858) 550-6420
Email: etrenda@cooley.com

Dated:  March 14, 2019        COOLEY LLP

*/s/Erin C. Trenda*
Koji F. Fukumura (189719)
Ryan E. Blair (246724)
Erin C. Trenda (277155)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: 858-550-6000
Facsimile: 858-550-6420
Email: kfukumura@cooley.com
         rblair@cooley.com
         etrenda@cooley.com

*Attorneys for Defendants*
*Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson*