COOLEY LLP
Koji F. Fukumura (189719) (kfukumura@cooley.com)
Ryan E. Blair (246724) (rblair@cooley.com)
Erin C. Trenda (277155) (etrenda@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6266
Facsimile:    (858) 550-6420

Attorneys for Defendants
Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson

*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No.  2:19-cv-00423-R-AFM<br><br>**STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>JURY TRIAL DEMANDED<br><br>Ctrm:     880, 8th Floor<br>Judge:    Hon. Manuel L. Real |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:19-CV-00423-R-AFM

Pursuant to Rule 7-1 of the Central District of California Civil Local Rules, plaintiff Mohamad Al Labade ("Plaintiff") and defendants Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann, and Collister Johnson (collectively, the "Defendants" and together with Plaintiff, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' time to respond to the complaint.

WHEREAS, on January 18, 2019, Plaintiff filed a putative class action complaint, captioned *Labade v. Activision Blizzard, Inc., et al.*, Case No. 2:19-cv-00423-R-AFM, against Defendants for violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), the plaintiff who files the initial action must, within 20 days of filing the action, publish notice to the purported class informing the class members of their right to seek appointment as lead plaintiff within 60 days of publication of the notice. *See* 15 U.S.C. § 78u-4(a)(3)(A)). The Court must appoint a lead plaintiff no later than 90 days after the notice has been published (15 U.S.C. §78u-4(a)(3)(B)(i)), except if a motion to consolidate multiple actions has been filed, then the Court must wait until any consolidation motion has been resolved before appointing a lead plaintiff (15 U.S.C. § 78u-4(a)(3)(B)(ii));

WHEREAS, counsel for Plaintiff published the notice of pendency of this action mandated by the PSLRA on January 18, 2019. Accordingly, pursuant to the PSLRA, motions for appointment as lead plaintiff in this action are due to be filed no later than March 19, 2019;

WHEREAS, the Parties believe that additional putative class action complaints may be filed in or transferred to this Court asserting the same or substantially similar claims against Defendants, that any such related actions will be consolidated with this action, and that the lead plaintiff will accordingly need to file a consolidated amended complaint; and

Cooley LLP
Attorneys At Law
San Diego

2.

STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:19-CV-00423-R-AFM

WHEREAS, the Parties believe that, in order to avoid needless waste of the Court's and the Parties' resources, it would be prudent to defer Defendants' response to Plaintiff's complaint or any subsequently filed complaints filed in or transferred to this Court until a lead plaintiff has filed a consolidated amended complaint;

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1. Defendants need not answer, move, or otherwise respond to the complaint in this action, or any subsequently filed actions filed in or transferred to this Court, until a date to be set following the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and the filing by such lead plaintiff of a consolidated amended complaint.

2. Within ten (10) days following the appointment of lead plaintiff and lead counsel, the Parties will meet and confer and submit a schedule for the filing of a consolidated amended complaint and the time for Defendants' response thereto.

3. An Initial Case Management Conference shall be held 30 days after an order directing Defendants to file an answer (if any), or as soon as possible thereafter, consistent with the Court's schedule.

4. This stipulation is entered into without prejudice to any Party seeking any interim relief.

5. Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

6. The Parties have not sought any other extensions of time in this action.

7. The Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:19-CV-00423-R-AFM

| | | |
|---|---|---|
| 1 | Dated: March 14, 2019 | COOLEY LLP |
| 2 | | |
| 3 | | */s/Ryan E. Blair* |
| 4 | | Koji F. Fukumura (189719)<br>Ryan E. Blair (246724) |
| 5 | | Erin C. Trenda (277155)<br>4401 Eastgate Mall |
| 6 | | San Diego, CA 92121<br>Telephone: 858-550-6000 |
| 7 | | Facsimile: 858-550-6420<br>Email: kfukumura@cooley.com |
| 8 | |       rblair@cooley.com<br>      etrenda@cooley.com |
| 9 | | *Attorneys for Defendants* |
| 10 | | *Activision Blizzard, Inc., Robert A. Kotick,*<br>*and Collister Johnson* |
| 11 | | |
| 12 | Dated: March 14, 2019 | IRELL & MANELLA LLP |
| 13 | | |
| 14 | | |
| 15 | | */s/Craig Varnen*<br>Craig Varnen (170263) |
| 16 | | 1800 Avenue of the Stars<br>Suite 900 |
| 17 | | Los Angeles, CA 90067<br>Telephone: 310-277-1010 |
| 18 | | Facsimile: 310-203-7199<br>Email: cvarnen@irell.com |
| 19 | | *Attorneys for Defendant* |
| 20 | | *Spencer Neumann* |
| 21 | Dated: March 14, 2019 | POMERANTZ LLP |
| 22 | | |
| 23 | | */s/Jennifer Pafiti* |
| 24 | | Jennifer Pafiti (282790)<br>1100 Glendon Avenue, 15th Floor |
| 25 | | Los Angeles, CA 90024<br>Telephone: 818-532-6499 |
| 26 | | Email: jpafiti@pomlaw.com |
| 27 | | *Attorneys for Plaintiff Mohamad al Labade* |
| 28 | | |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:19-CV-00423-R-AFM

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-4.3.4(a)(2)(i), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: March 14, 2019            COOLEY LLP

/s/Ryan E. Blair
Ryan E. Blair

*Counsel for Defendants
Activision Blizzard, Inc., Robert A. Kotick,
and Collister Johnson*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5.

STIPULATION TO EXTEND DEFENDANTS' TIME
TO RESPOND TO COMPLAINT
CASE NO. 2:19-CV-00423-R-AFM