1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 2:19-cv-00423-R-AFM<br><br>**[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br><br>Ctrm.:  880, 8th Floor<br>Judge:  Hon. Manuel L. Real |

The Court has considered the parties' stipulation to extend the time for Defendants' to respond to the complaint. Finding good cause for an extension, the Court grants the parties' stipulation as follows:

1. Defendants need not answer, move, or otherwise respond to the complaint in this action, or any subsequently filed actions filed in or transferred to this Court, until a date to be set following the appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and the filing by such lead plaintiff of a consolidated amended complaint.

2. Within ten (10) days following the appointment of lead plaintiff and lead counsel, the Parties will meet and confer and submit a schedule for the filing of a consolidated amended complaint and the time for Defendants' response thereto.

3. An Initial Case Management Conference shall be held 30 days after an order directing Defendants to file an answer (if any), or as soon as possible thereafter, consistent with the Court's schedule.

4. This stipulation is entered into without prejudice to any Party seeking any interim relief.

5. Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

6. The Parties have not sought any other extensions of time in this action.

7. The Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any pre-trial and trial dates as the Court has yet to schedule these dates.

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
*Hon. Manuel L. Real*
United States District Court Judge

2.    [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT
CASE NO. 2:19-CV-00423-R-AFM