1  COOLEY LLP
   Koji F. Fukumura (189719) (kfukumura@cooley.com)
2  Ryan E. Blair (246724) (rblair@cooley.com)
   Erin C. Trenda (277155) (etrenda@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA 92121
4  Telephone: (858) 550-6266
   Facsimile: (858) 550-6420
5
   Attorneys for Defendants
6  Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson
7
8
9                UNITED STATES DISTRICT COURT
10               CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 2:19-cv-00423-R-AFM<br><br>**PROOF OF SERVICE**<br><br>JURY TRIAL DEMANDED<br><br>Ctrm: 880, 8th Floor<br>Judge: Hon. Manuel L. Real |

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of 18 years. My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121. My e-mail address is chourani@cooley.com. On March 14, 2019, I served the following documents on the parties listed below in the manner(s) indicated:

1. **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

2. **[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

☒ (BY ELECTRONIC MAIL – CCP § 1010.6(a)(4)(A)) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused such documents described herein to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| Jennifer Pafiti<br>POMERANTZ LLP<br>1100 Glendon Avenue, 15th Floor<br>Los Angeles, CA 90024<br>Telephone: 818-532-6499<br>E-Mail: jpafiti@pomlaw.com | *Attorneys for Plaintiff* |
| Craig Varnen (170263)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars<br>Suite 900<br>Los Angeles, CA 90067<br>Telephone: 310-277-1010<br>Facsimile: 310-203-7199<br>Email: cvarnen@irell.com | *Attorneys for Def. Spender Neumann* |

1  I declare under penalty of perjury under the laws of the State of California
2  that the above is true and correct.
3  Executed on March 14, 2019, at San Diego, California.

*Cynthia E. Hourani*

162595497 v2