# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

U.A. LOCAL NO. 393 DEFINED BENEFIT PENSION PLAN and U.A. LOCAL NO. 393 DEFINED CONTRIBUTION PLAN ("Plaintiff") declares:

1. Plaintiff has reviewed a complaint and authorized its filing. Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:

| Security | Transaction | Date | Price Per Share |
|---|---|---|---|

*See* attached Schedule A.

5. Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:

None.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery,

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of March, 2019.

                                      U.A. LOCAL NO. 393 DEFINED BENEFIT PENSION PLAN and U.A. LOCAL NO. 393 DEFINED CONTRIBUTION PLAN

By: _____
      Steven Flores, Chairman


By: _____
      Larry Gates, Co-Chairman

ACTIVISION

Exhibit B
006

except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this __14th__ day of March, 2019.

                                U.A. LOCAL NO. 393 DEFINED BENEFIT PENSION PLAN and U.A. LOCAL NO. 393 DEFINED CONTRIBUTION PLAN

By: _____
Steven Flores, Chairman

By: _____
Larry Gates, Co-Chairman

ACTIVISION

Exhibit B
007

## SCHEDULE A

## SECURITIES TRANSACTIONS

**Defined Benefit Pension Plan**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/14/2018 | 17,400 | $71.12 |
| 08/24/2018 | 9,800 | $73.72 |
| 10/23/2018 | 700 | $67.16 |
| 11/15/2018 | 16,800 | $52.09 |
| 12/10/2018 | 15,900 | $47.87 |

**Defined Contribution Plan**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 08/14/2018 | 10,200 | $71.12 |
| 08/24/2018 | 5,700 | $73.72 |
| 11/15/2018 | 9,900 | $52.09 |
| 12/10/2018 | 9,300 | $47.87 |