1  COOLEY LLP
   Koji F. Fukumura (189719) (kfukumura@cooley.com)
2  Ryan E. Blair (246724) (rblair@cooley.com)
   Erin C. Trenda (277155) (etrenda@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA 92121
4  Telephone: (858) 550-6266
   Facsimile: (858) 550-6420
5
   Attorneys for Defendants
6  Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson
7

8

9              UNITED STATES DISTRICT COURT
10              CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 2:19-cv-00423-R-AFM<br><br>**CORPORATE DISCLOSURE STATEMENT**<br><br>JURY TRIAL DEMANDED<br><br>Ctrm: 880, 8th Floor<br>Judge: Hon. Manuel L. Real |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANT ACTIVISION'S
CORP. DISCL. STATEMENT
CASE NO. 2:19-CV-00423-R-AFM

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Activision Blizzard, Inc. states that it is a publicly traded company that has no parent company, and that no publicly held company owns 10% or more of Activision Blizzard, Inc.'s stock. Activision Blizzard, Inc. will supplement this statement within a reasonable time of any change in the above information.

Dated:  March 21, 2019            COOLEY LLP

/s/ Koji F. Fukumura
Koji F. Fukumura (189719)
Ryan E. Blair (246724)
Erin C. Trenda (277155)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: 858-550-6000
Facsimile: 858-550-6420
Email: kfukumura@cooley.com
       rblair@cooley.com
       etrenda@cooley.com

*Attorneys for Defendants
Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson*

200735923

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

DEFENDANT ACTIVISION'S
CORP. DISCL. STATEMENT
CASE NO. 2:19-CV-00423-R-AFM