1 | Jennifer Pafiti (SBN 282790)
2 | **POMERANTZ LLP**
3 | 1100 Glendon Avenue, 15th Floor
4 | Los Angeles, California 90024
  | *- additional counsel on signature page –*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# (WESTERN DIVISION – LOS ANGELES)

MOHAMAD AL LABADE, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON

Defendants.

No. 2:19-cv-00423-R-AFM

**NOTICE OF VOLUNTARY DISMISSAL**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

**WHEREAS,** no defendant in the above-captioned action, *Al Labade v. Activision Blizzard, Inc. et al.*, 2:19-cv-00423-R-AFM, brought before the United States District Court for the Central District of California, has served an answer or motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), plaintiff Mohamad Al Labade hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  March 29, 2019

**POMERANTZ LLP**

*/s/ Jennifer Pafiti*
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (818) 532-6499
E-mail: jpafiti@pomlaw.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/    *Jennifer Pafiti*
Jennifer Pafiti