**LEVI & KORSINSKY, LLP**
Adam C. McCall (SBN 302130)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: amccall@zlk.com

*Attorneys for Movant R N Croft Financial Group*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMAD AL LABADE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON, <br><br> Defendants. | No. 2:19-cv-00423-MLR-AFM <br><br> Hon. Manuel L. Real <br> Mag. Judge Alexander F. MacKinnon <br><br> **NOTICE OF WITHDRAWAL OF MOTION OF THE R N CROFT FINANCIAL GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

Movants Robert Landry and R N Croft Financial Group, Inc. (collectively, "R N Croft Financial Group" or "Movant") hereby withdraws its Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. (Dkt. No. 26). Having reviewed the competing motions filed in this Action, Movant does not appear to have the largest financial interest in the relief sought by the class. This withdrawal shall have no impact on Movant's membership in the putative class, its right to share

1  in any recovery obtained for the benefit of the class members, and/or its ability to serve
2  as a representative party should the need arise.

3  Dated: April 2, 2019                          Respectfully submitted,

4                                                **LEVI & KORSINSKY, LLP**

5                                                /s/ *Adam C. McCall*
6                                                Adam C. McCall (SBN 302130)
7                                                445 South Figueroa Street, 31st Floor
                                                 Los Angeles, CA 90071
8                                                Tel: (213) 985-7290
                                                 Email: amccall@zlk.com
9

10                                               *Attorneys for Movant R N Croft Financial*
11                                               *Group*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF MOTION OF THE R N CROFT FINANCIAL GROUP FOR APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL
Case No. 2:19-cv-00423
2

# CERTIFICATE OF SERVICE

I, Adam C. McCall, hereby declare under penalty of perjury as follows:

I am an associate attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On April 2, 2019, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF THE R N CROFT FINANCIAL GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on April 2, 2019.

   /s/Adam C. McCall
Adam C. McCall