1  COOLEY LLP
   Koji F. Fukumura (189719) (kfukumura@cooley.com)
2  Ryan E. Blair (246724) (rblair@cooley.com)
   Erin C. Trenda (277155) (etrenda@cooley.com)
3  4401 Eastgate Mall
   San Diego, CA 92121
4  Telephone: (858) 550-6000
   Facsimile: (858) 550-6420
5
6  Attorneys for Defendants
   Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| MOHAMAD LABADE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ACTIVISION BLIZZARD, INC., ROBERT A. KOTICK, SPENCER NEUMANN, and COLLISTER JOHNSON,<br><br>Defendants. | Case No. 2:19-cv-00423-R-AFM<br><br>**NOTICE OF RELATED CASE** |

TO THE COURT AND THE PLAINTIFF'S ATTORNEYS OF RECORD:

Pursuant to Civil Local Rules 83-1.2.2 and 83-1.3.1, please take notice of the pendency of the following case, pending in the Central District of California: *Hamano v. Activision Blizzard, Inc., et al.*, Case No. 2:19-cv-03788-SVW-AFM, filed on March 12, 2019 ("*Hamano*"). The above-captioned action (*Labade*) is the low-numbered case in this District. *Hamano* was filed in the Northern District of Illinois and transferred to the Central District pursuant to 28 U.S.C. § 1404. The two cases, which are both putative class actions, meet the definition of "related action" under Local Rule 83-1.3.1 because they arise, in part, from the same events and involve the same parties, facts, and questions of law. The overlap in the actions is demonstrated by the allegations identified below:

## DEFENDANTS ARE THE SAME

Both actions name Activision Blizzard, Inc., Robert A. Kotick, Spencer Neumann, and Collister Johnson as defendants. (*Labade* Complaint, ¶¶ 15–18; *Hamano* Complaint ¶¶ 15–18.)

## THE ALLEGED WRONGFUL CONDUCT IS SUBSTANTIALLY THE SAME

<u>*Labade* Complaint ¶ 36:</u> "Defendants made false and/or misleading statements and/or failed to disclose that: (i) the termination of Activision Blizzard and Bungie's partnership, giving Bungie full publishing rights and responsibilities for the Destiny franchise, was imminent; (ii) the termination of the two companies' relationship would foreseeably have a significant negative impact on Activision Blizzard's revenues; and (iii) as a result, Activision Blizzard's public statements were materially false and misleading at all relevant times."

<u>*Hamano* Complaint ¶ 36:</u> "The statements referenced in ¶¶25-35 were materially false and misleading when made because Defendants failed to disclose the following adverse facts, which they knew or recklessly disregarded: (a) that there had been a deterioration in the business relationship between Activision Blizzard and

1  Bungie; (b) that the termination of Activision Blizzard and Bungie's partnership, giving Bungie full publishing rights and responsibilities for the Destiny franchise, was imminent; (c) that the termination of the two companies' relationship would foreseeably have a significant negative impact on Activision Blizzard's revenues; and (d) that, as a result, Activision Blizzard's public statements were materially false and misleading at all relevant times."

## THE CAUSES OF ACTION ARE THE SAME

Both actions assert causes of action under §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") and Rule 10b-5 promulgated thereunder.

## THE CLASS DEFINITION IS THE SAME

*Labade* Complaint ¶ 1: "This is a federal securities class action on behalf of a class consisting of all persons other than Defendants who purchased or otherwise acquired Activision Blizzard securities between August 2, 2018 and January 10, 2019, both dates inclusive (the 'Class Period')."

*Hamano* Complaint ¶ 1: "This is a federal securities class action on behalf of a class consisting of all persons who purchased or otherwise acquired Activision Blizzard securities between August 2, 2018 and January 10, 2019, both dates inclusive (the 'Class Period')."

Dated:  May 3, 2019                COOLEY LLP

/s/Ryan E. Blair
Koji F. Fukumura (189719)
Ryan E. Blair (246724)
Erin C. Trenda (277155)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: 858-550-6000
Facsimile: 858-550-6420
Email: kfukumura@cooley.com
       rblair@cooley.com
       etrenda@cooley.com

*Attorneys for Defendants Activision Blizzard, Inc., Robert A. Kotick, and Collister Johnson*